Sullivan, J

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 8-1-12          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CIERA WASHINGTON and ELEANA LEIVA,

                            Plaintiffs,

-against-

PAY-O-MATIC CHECK CASHING CORP., and jointly and individually, KEN WILLIAMS, REGAN RAMSUMAIR and HILDA ORTIZ,

                            Defendants.

Case No.: 11-CV-8829 (RJS)

STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Ciera Washington and Eleana Leiva (collectively "Plaintiffs") and Defendants Pay-O-Matic Check Cashing Corp., Ken Williams, Regan Ramsumair, and Hilda Ortiz (collectively "Defendants"), by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

| | |
|---|---|
| THE LAW FIRM OF LAURIE MORRISON<br>30 Broad Street<br>New York, New York 10004<br>(212) 721-4051<br><br>By: _____<br>Laurie Morrison (LM7943)<br><br>ATTORNEYS FOR PLAINTIFFS<br><br>Dated: May 22, 2012 | JACKSON LEWIS LLP<br>666 Third Avenue, 29th Floor<br>New York, New York 10038-4502<br>(212) 545-4000<br><br>By: _____<br>Diane Windholz (DW 9806)<br>Orla McCabe (OM 1441)<br><br>ATTORNEYS FOR DEFENDANTS<br><br>Dated: May 15, 2012 |

SO ORDERED _____

Dated: ~~May ___, 2012~~
New York, New York
    Aug. 1, 2012